**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Western District of Virginia**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Shivani Corp.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Super 8 Motel - Danville** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 7 – 4 9 0 8 9 1 0** | |
| **4. Debtor's address** | **Principal place of business** <br><br> **2385 Riverside Dr** <br> Number    Street <br><br> **Danville, VA 24540-4211** <br> City    State    ZIP Code <br><br> **Danville (city)** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code |
| **5. Debtor's website (URL)** | _____ | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor    **Shivani Corp.**    Case number *(if known)*
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* <br> ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ❏ Railroad (as defined in 11 U.S.C. §101(44)) <br> ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ❏ Tax-exempt entity (as described in 26 U.S.C. §501) <br> ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> **7  2  1  1** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ❏ Chapter 7 <br> ❏ Chapter 9 <br> ☑ Chapter 11. *Check all that apply:* <br>     ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). <br>     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>     ❏ A plan is being filed with this petition. <br>     ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☑ No <br> ❏ Yes.  District _____  When _____  Case number _____ <br>                                     MM / DD / YYYY <br>         District _____  When _____  Case number _____ <br>                                     MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ❏ Yes.  Debtor _____  Relationship _____ <br>         District _____  When _____ <br>                                       MM / DD / YYYY <br>         Case number, if known _____ |

Debtor **Shivani Corp.**  Case number *(if known)* _____
    Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number  Street <br> _____ <br> City  State  ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>     Contact name _____ <br>     Phone _____ | |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000 <br> ☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    **Shivani Corp.**                                             Case number *(if known)* _____
             Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/29/2025**
             MM/ DD/ YYYY

X  **/s/ Paresh K. Suthar**                              **Paresh K. Suthar**
Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

X    **/s/ David Cox**                                   Date  **04/29/2025**
Signature of attorney for debtor                               MM/ DD/ YYYY

**David Cox**
Printed name

**Cox Law Group**
Firm name

**900 Lakeside Drive**
Number    Street

**Lynchburg**                             **VA**        **24501**
City                                      State        ZIP Code

                                          **david@coxlawgroup.com**
Contact phone                             Email address

**38670**                                 **VA**
Bar number                                State

Fill in this information to identify the case:

Debtor name __**Shivani Corp.**__

United States Bankruptcy Court for the: __**Western District of Virginia**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/29/2025**__
MM/ DD/ YYYY

X __**/s/ Paresh K. Suthar**__
Signature of individual signing on behalf of debtor

**Paresh K. Suthar**
Printed name

**President**
Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Shivani Corp.**

United States Bankruptcy Court for the: **Western District of Virginia**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Super 8 Worldwide, Inc. <br> Po Box 278 <br> Parsippany, NJ 07054 | | Franchise fees | | | | $86,154.24 |
| 2 | City Of Danville <br> Division Of Central Collections <br> Po Box 3308 <br> Danville, VA 24543-3308 | | Transient Occupancy Taxes | | | | $27,343.71 |
| 3 | Virginia Department of Taxation <br> Atten: Bankruptcy Unit <br> PO Box 2156 <br> Richmond, VA 23218 | | Sales Taxes | | | | $25,000.00 |
| 4 | City Of Danville <br> Division Of Central Collections <br> Po Box 3308 <br> Danville, VA 24543-3308 | | Lodging Taxes | | | | $10,155.00 |
| 5 | Booking.com <br> 350 5th Ave Fl 66 <br> New York, NY 10118-6617 | | | | | | $7,273.17 |
| 6 | City Of Danville <br> Division Of Central Collections <br> Po Box 3308 <br> Danville, VA 24543-3308 | | Utilities | | | | $6,818.81 |
| 7 | HD Supply <br> Po Box 509055 <br> San Diego, CA 92150-9055 | | Supplies | | | | $5,256.82 |
| 8 | Expedia <br> 1111 Expedia Group Way W <br> Seattle, WA 98119-1111 | | online travel agent services | | | | $3,383.17 |

Debtor    **Shivani Corp.**                                                                          Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: **Shivani Corp.**                                                              CASE NO

                                                                                      CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **04/29/2025**         Signature           **/s/ Paresh K. Suthar**
                                                Paresh K. Suthar, President

Alpine Advance 5 LLC
228 Park Ave S
New York, NY 10003-1502

Alternative Funding Group Corp.
1000 Nw 65th St Ste 100
Ft Lauderdale, FL 33309-1113

Avanza Capital
40 Wall St Fl 28
New York, NY 10005-1486

AWN&R Commercial Law Group, PLLC
14 Wall St Fl 20
New York, NY 10005-2123

Axxa Incorporated
202 Red Hill Dr
Martinsville, VA 24112-1127

Booking.com
350 5th Ave Fl 66
New York, NY 10118-6617

Booking.com
5295 Paysphere Cir
Chicago, IL 60674-5295

City Of Danville
Division Of Central Collections
Po Box 3308
Danville, VA 24543-3308

Cloudfund LLC
400 Rella Blvd # 165-101
Suffern, NY 10901-4241

Expedia
1111 Expedia Group Way W
Seattle, WA 98119-1111

Fundfi Merchant Funding LLC
352 Fulton Ave
Hempstead, NY 11550

Funding Metrics, LLC dba Lendini
3220 Tillman Dr Ste 200
Bensalem, PA 19020-2028

Grid Market LLC
667 Ne 105th St
Miami Shores, FL 33138-2053

Groove Financial Services
7201 Metro Blvd Ste 800
Minneapolis, MN 55439-1333

HD Supply
Po Box 509055
San Diego, CA 92150-9055

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Itria Ventures, LLC
1 Penn Plz Ste 3101
New York, NY 10119-3101

Kanubhai D. Suthar
11027 Woods Corner Ct
Charlotte, NC 28277-2836

Max Recovery Group LLC
55 Broadway Fl 3
New York, NY 10006-3757

Navitas Credit Corp
Attn: Bankruptcy
201 Executive Center Dr Ste 100
Columbia, SC 29210

Paresh Kanubhai Suthar
202 Red Hill Dr
Martinsville, VA 24112-1127

Pure Financial Funding
c/o Joseph Reich, Registered Agent
116 Mountain View Dr
Lakewood, NJ 08701-5853

Pure Financial Funding
160 Chambers Bridge Rd Unit 471
Brick, NJ 08723-2023

Rainbow Advance LLC
1210 Cleveland Rd
Miami Beach, FL 33141-1711

Southern Elevator
Po Box 538596
Atlanta, GA 30353-8596

Super 8 Worldwide, Inc.
Po Box 278
Parsippany, NJ 07054

Chhaya P. Suthar
202 Red Hill Dr
Martinsville, VA 24112-1127

Paresh Kanubhai Suthar
202 Red Hill Dr
Martinsville, VA 24112-1127

TACS
PO Box 31800
Henrico, VA 23294

U.S. Small Business Administration
409 3rd St Sw
Washington, DC 20416-0011

Virginia Department of Taxation
Atten: Bankruptcy Unit
PO Box 2156
Richmond, VA 23218

World Business Lenders, LLC
Po Box 1685
Cranford, NJ 07016-5685