

**SIGNED THIS 6th day of May, 2025**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

---------------------------------------------------------------
                                                :
In re:                                          :    Chapter 11
                                                :
Shivani Corp.,[1]                               :    Case No. 25-60511
                                                :
    Debtor.                                     :
---------------------------------------------------------------

**ORDER GRANTING MOTION FOR ORDER GRANTING (i) INTERIM AUTHORITY TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §363; AND (ii) REQUEST FOR EXPEDITED HEARING AND RELATED RELIEF**

UPON the motion (the "Motion") [Doc. #14] of Shivani Corp., the debtor and debtor in possession, (the "Debtor") seeking an Interim Order authorizing Debtor's temporary use of its cash, funds in deposit accounts and other cash equivalents that may be or determined to be cash collateral (the "Cash Collateral"), as that term is defined in 11 U.S.C § 363(a) and granting replacement liens to interested creditors who the Court may determine have an interests in the Debtor's cash and cash equivalents; and the request for an expedited hearing

---

[1] The Debtor in this Chapter 11 Case, any alias, and the last four digits of its taxpayer identification number are as follows: Shivani Corp. dba Super 8 Motel – Danville (8910). The Debtor's headquarters are located at 2385 Riverside Drive, Danville, Virginia 24540.

(the "Expedited Hearing") pursuant to Bankruptcy Rules 4001(b)(2) and 9006, after notice and a hearing being held, and the Court having found pursuant to Bankruptcy Rule 4001(b)(2) that the authorization of the Debtor to use the Cash Collateral on an interim basis, pending a final hearing, is necessary to avoid immediate and irreparable harm to the estate, and for other reasons stated in open court, the following is hereby **ORDERED**:

1. The hearing is permitted on an expedited basis as requested in the Motion, and the relief requested in the Motion is **GRANTED**.

2. The Debtor is authorized to use its cash and cash equivalents on an interim basis through the conclusion of the Final Hearing (defined below), including but not limited to, accounts receivable and deposit accounts, for ordinary and necessary business operations in the approximated amounts contained in the budget attached to this Order (the "Budget").

3. To the extent that World Business Lenders, LLC, or its successors and assigns, including WBL SPO I, LLC, (the "Lienholder") holds interests in the Debtor's cash and cash equivalents so as to constitute Cash Collateral, it is granted interim adequate protection for the Debtor's use of such Cash Collateral in the form of replacement liens against post-petition Debtor deposit accounts and accounts receivable, of the same type and nature that exists as of the petition date with the same validity (or invalidity) and priority as exists as of the petition date, including income and proceeds thereof, to the extent of any decrease in value of the Lienholder's interests in its collateral, through the conclusion of the Final Hearing, with final relief subject to further rulings and orders of this Court.

4. Nothing in this Motion or in this Order is intended or should be construed as an admission as to the validity or priority of any claim against the Debtor; a waiver of

the Debtor's rights to dispute any claim or lien, including the validity or priority thereof; or an approval or assumption of any agreement, contract, or lease whether under 11 U.S.C § 365(a) or otherwise.

5. Debtor's counsel shall serve a copy of this Order on all parties with any potential interest in the Cash Collateral by U.S. Mail and by email, as well as by U.S. Mail to the Federal and State taxing authorities and those creditors holding the twenty largest unsecured claims, and Debtor's counsel shall certify the same to the Court.

6. Any party wishing to object to the relief requested in the Motion shall file an objection and serve the same on Debtor's counsel on or before 5:00 p.m. Eastern Standard Time on May 27, 2025. **A final hearing on the Motion shall take place on June 2, 2025, at 2:00 P.M.** in the U.S. Bankruptcy Courtroom, 2nd Flr, 210 Church Ave., Roanoke, VA 24011, ("Final Hearing"). All objections will be heard at that time. **If no objections are timely filed**, the terms of this Order, including the adequate protection provisions herein, may become final without further notice or hearing.

***END OF ORDER***

I ask for this:

/s/ David Cox
David Cox. VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
*Proposed Counsel for the Debtor/Movant*

Seen:

/s/ Trevor B. Reid
Trevor B. Reid
Parker, Pollard, Wilton & Peaden P.C.
6802 Paragon Place, Suite 205
Richmond, Virginia 23230
804-261-7323 (Direct)
804-262-3600 (Main)
804-627-0381 (Fax)
treid@parkerpollard.com
*Counsel for WBL SPO I, LLC*

Seen:

/s/ Margaret K. Garber
Margaret K. Garber
Assistant United States Trustee
Department of Justice
United States Trustee Program
210 First Street, Suite 505
Roanoke, VA 24011
(540) 857-2806

Seen:

/s/ Peter Barrett
Peter Barrett
Kutak Rock LLP
1021 East Cary St., Ste 810
Richmond, VA 23219
Phone (804) 644-1700
Fax (804) 783-6192
*Subchapter V Trustee*

| WEEKLY | Ending May 9th | Ending May 16th | Ending May 23rd | Ending May 30th | Ending June 6th | Ending June 13th | Ending June 20th | Ending June 27th | |
|---|---|---|---|---|---|---|---|---|---|
| Starting Cash | $ 8,570.00 | $ 22,559.43 | $ 15,780.53 | $ 10,251.63 | $ 8,822.73 | $ 28,542.21 | $ 21,761.71 | $ 14,781.19 | $ 13,750.67 |
| | | | | | | | | | |
| **Revenues** | | | | | | | | | |
| Sales - room rental | $ 21,450.00 | $ 21,450.00 | $ 21,550.00 | $ 22,750.00 | $ 23,750.00 | $ 23,750.00 | $ 23,850.00 | $ 23,850.00 | |
| Interest income | | | | | | | | | |
| Miscellaneous income | | | | | | | | | |
| Total Revenues | | | | | | | | | |
| | | | | | | | | | |
| **Expenses** | | | | | | | | | |
| Corp lodge commissions | $ 28.90 | $ 28.90 | $ 28.90 | $ 28.90 | $ 30.52 | $ 30.50 | $ 30.52 | $ 30.52 | |
| Advertising expense | $ 500.00 | | | | $ 575.00 | | | | |
| Bank charges | | | | | | | | | |
| Commisions and fees | | | $ 2,700.00 | | | | $ 2,750.00 | | |
| Depreciation expense | | | | | | | | | |
| Dues and subscriptions | | $ 900.00 | | | | $ 900.00 | | | |
| Food expenses - guest | $ 425.00 | $ 425.00 | $ 450.00 | $ 475.00 | $ 425.00 | $ 425.00 | $ 450.00 | $ 425.00 | |
| Exterminator | $ 336.67 | | | | | | | | |
| Garnishment | | | | | | | | | |
| Insurance | | $ 2,500.00 | | | | $ 2,500.00 | | | |
| Cable expense | | | $ 900.00 | | | | $ 900.00 | | |
| Legal and professional | | $ 450.00 | | | | $ 450.00 | | | |
| License expense | | | $ 11,750.00 | | | | $ 11,750.00 | | |
| Payroll tax expense | | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | | $ 1,125.00 | |
| Payroll expense - ADP | | $ 100.00 | | $ 100.00 | | $ 100.00 | | $ 100.00 | |
| Transient Lodging Tax | | | $ 11,250.00 | | | | $ 11,250.00 | | |
| Maintenance expense | $ 450.00 | | | $ 450.00 | | | | | |
| Office expense | $ 720.00 | | | | | | | | |
| Repairs | | $ 700.00 | | | | $ 700.00 | | | |
| Software and maintenance | | $ 700.00 | | | | | $ 700.00 | | |
| Salaries expense | | $ 11,500.00 | | $ 11,500.00 | | $ 11,500.00 | | $ 11,500.00 | |
| Officers salaries | | $ 5,200.00 | | $ 5,200.00 | | $ 5,200.00 | | $ 5,200.00 | |
| Supplies expense | | | | | | | | | |
| Telephone & Internet | | | | $ 1,800.00 | | | | | |
| Utilities | | $ 4,600.00 | | | | $ 4,600.00 | | | |
| Interest expense | | | | | | | | | |
| Subchapter V Trustee | | | | $ 2,500.00 | | | | $ 2,500.00 | |
| Debtor's Counsel | | | | $ 1,000.00 | | | | $ 1,000.00 | |
| Replace LED Signage -Outside | | | | | | | | | |
| Operating Expense Reserve | $ 2,500.00 | | | | | | | | |
| Capital Expenditures Reserve | $ 2,500.00 | | | | | | | | |
| Replace TV's & locks | | | | | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | |
| Total Expenses | $ 7,460.57 | $ 28,228.90 | $ 27,078.90 | $ 24,178.90 | $ 4,030.52 | $ 30,530.50 | $ 30,830.52 | $ 24,880.52 | |
| | | | | | | | | | |
| Net Income | $ 13,989.43 | $ (6,778.90) | $ (5,528.90) | $ (1,428.90) | $ 19,719.48 | $ (6,780.50) | $ (6,980.52) | $ (1,030.52) | |
| | | | | | | | | | |
| Ending Cash | $ 22,559.43 | $ 15,780.53 | $ 10,251.63 | $ 8,822.73 | $ 28,542.21 | $ 21,761.71 | $ 14,781.19 | $ 13,750.67 | |