

**SIGNED THIS 14th day of May, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Shivani Corp.,[1] | : | Case No. 25-60511 |
| Debtor. | : | |

---

### ORDER EXTENDING THE DEADLINE FOR FILING
### REQUIRED SCHEDULES AND STATEMENTS

Upon the motion (the "Motion") of Shivani Corp., as debtor and debtor-in-possession (the "Debtor") in the above-captioned case, for an order pursuant to Bankruptcy Rule 1007(c) extending the deadline for the Debtor to file the required schedules and statements, and upon the consent of the United States Trustee and the Subchapter V Trustee, as evidenced by the endorsements of counsel hereon, and the relief sought appearing appropriate, it is **IT IS HEREBY ORDERED THAT** the Debtor shall file the remaining schedules and statements required by Rule 1007 on or before May 22, 2025.

**\*\*END OF ORDER\*\***

---

[1] The Debtor in this Chapter 11 Case, any alias, and the last four digits of its taxpayer identification number are as follows: Shivani Corp. dba Super 8 Motel – Danville (8910). The Debtor's headquarters are located at 2385 Riverside Drive, Danville, Virginia 24540.

I ASK FOR THIS:

/s/ David Cox
David Cox (VSB#38670)
*david@coxlawgroup.com*
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434-845-2600; 434-845-0727 (Facsimile)
*Proposed Counsel for the Debtor/Movant*


Seen:

/s/ B. Webb King
B. Webb King (VSB #47044)
Trial Attorney
Office of the United States Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
540-857-2838
webb.king@usdoj.gov


Seen:

/s/ Peter Barrett
Peter Barrett
Kutak Rock LLP
1021 East Cary St., Ste 810
Richmond, VA 23219
Phone (804) 644-1700
Fax (804) 783-6192
*Subchapter V Trustee*